# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: DOMINGUEZ, ALDO R § Case No. 11-80320
§
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $177,688.00              Assets Exempt: $31,700.00
(without deducting any secured claims)

Total Distribution to Claimants: $2,725.17   Claims Discharged
                                             Without Payment: $16,827.18

Total Expenses of Administration: $9,774.83
```

3) Total gross receipts of $ 12,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $12,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $132,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,774.83 | 9,774.83 | 9,774.83 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 19,917.35 | 8,809.84 | 8,809.84 | 2,725.17 |
| **TOTAL DISBURSEMENTS** | $151,917.35 | $18,584.67 | $18,584.67 | $12,500.00 |

4) This case was originally filed under Chapter 7 on January 27, 2011. The case was pending for 41 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/14/2014        By: /s/BERNARD J. NATALE
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possible Discrimination Lawsuit | 1249-000 | 12,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | GMAC MORTGAGE CORPORATION | 4110-000 | 89,000.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE HOME FINANCE | 4110-000 | 43,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$132,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 24.47 | 24.47 | 24.47 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 3,099.00 | 3,099.00 | 3,099.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| Rene Hernandez | 3210-600 | N/A | 4,375.00 | 4,375.00 | 4,375.00 |
| Rabobank, N.A. | 2600-000 | N/A | 16.36 | 16.36 | 16.36 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $9,774.83 | $9,774.83 | $9,774.83 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Resurgent Capital Services | 7100-000 | 8,410.34 | 8,210.34 | 8,210.34 | 2,539.73 |
| 2 | Resurgent Capital Services | 7100-000 | 764.50 | 599.50 | 599.50 | 185.44 |
| NOTFILED | CHASE CREDIT CARDS | 7100-000 | 3,173.85 | N/A | N/A | 0.00 |
| NOTFILED | SLATE FROM CHASE | 7100-000 | 4,272.66 | N/A | N/A | 0.00 |
| NOTFILED | CHARTER ONE BANK | 7100-000 | 3,296.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $19,917.35 | $8,809.84 | $8,809.84 | $2,725.17 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-80320  
**Case Name:** DOMINGUEZ, ALDO R  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 01/27/11 (f)  
**§341(a) Meeting Date:** 03/03/11  

**Period Ending:** 07/14/14  
**Claims Bar Date:** 12/03/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate located at: 1521 Greenwood Ave, Rock | 100,000.00 | 0.00 | | 0.00 | FA |
| 2 | Real estate located at: 610 Smith Ave, Rockford, | 53,000.00 | 0.00 | | 0.00 | FA |
| 3 | Chase Bank/ checking | 100.00 | 100.00 | | 0.00 | FA |
| 4 | Chase Bank/ savings | 200.00 | 200.00 | | 0.00 | FA |
| 5 | Misc. household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing and personal items | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Interest in Anderson Packaging 401K Plan | 10,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2002 Volkswagon Gulf | 3,200.00 | 800.00 | | 0.00 | FA |
| 9 | 2008 Honda Shadow | 4,800.00 | 2,300.00 | | 0.00 | FA |
| 10 | Anticipated income tax refund | 5,088.00 | 3,588.00 | | 0.00 | FA |
| 11 | Possible Discrimination Lawsuit (u) | 0.00 | 12,000.00 | | 12,500.00 | FA |
| 11 | **Assets** Totals (Excluding unknown values) | **$177,688.00** | **$18,988.00** | | **$12,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

WRONGFUL TERMINATION SUIT SETTLED. APPLICATION TO PAY FEES OF SPECIAL COUNSEL SET FOR HEARING. FINAL REPORT WILL FOLLOW.

**Initial Projected Date Of Final Report (TFR):** June 30, 2014   **Current Projected Date Of Final Report (TFR):** May 1, 2014 (Actual)

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 11-80320  
**Case Name:** DOMINGUEZ, ALDO R  

**Taxpayer ID #:** **-***3096  
**Period Ending:** 07/14/14  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $472,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/01/14 | {11} | Packaging Coordinators, Inc. | Pymt of Settlement Re Natale V Anderson | 1249-000 | 12,500.00 | | 12,500.00 |
| 04/24/14 | 101 | Rene Hernandez | Pymt of Special Counsel Fees | 3210-600 | | 4,375.00 | 8,125.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.36 | 8,108.64 |
| 06/05/14 | 102 | CLERK OF THE BANKRUPTCY COURT | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: FEE TO REOPEN CASE | 2700-000 | | 260.00 | 7,848.64 |
| 06/05/14 | 103 | BERNARD J. NATALE | Dividend paid 100.00% on $2,000.00, Trustee Compensation; Reference: | 2100-000 | | 2,000.00 | 5,848.64 |
| 06/05/14 | 104 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 3,123.47 | 2,725.17 |
| | | | Dividend paid 100.00% on $3,099.00; Claim# ATTY; Filed: $3,099.00 | 3,099.00 | 3110-000 | | 2,725.17 |
| | | | Dividend paid 100.00% on $24.47; Claim# EXP; Filed: $24.47 | 24.47 | 3120-000 | | 2,725.17 |
| 06/05/14 | 105 | Resurgent Capital Services | Combined Check for Claims#1,2 | | | 2,725.17 | 0.00 |
| | | | Dividend paid 30.93% on $8,210.34; Claim# 1; Filed: $8,210.34; Reference: 6840/CITIBANK | 2,539.73 | 7100-000 | | 0.00 |
| | | | Dividend paid 30.93% on $599.50; Claim# 2; Filed: $599.50; Reference: 5891/CITIBANK | 185.44 | 7100-000 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 12,500.00 | 12,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 12,500.00 | 12,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,500.00** | **$12,500.00** | |

{} Asset reference(s)            Printed: 07/14/2014 04:16 PM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 11-80320 | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** DOMINGUEZ, ALDO R | **Bank Name:** Rabobank, N.A. |
| | **Account:** ********66 - Checking Account |
| **Taxpayer ID #:** **-***3096 | **Blanket Bond:** $472,000.00 (per case limit) |
| **Period Ending:** 07/14/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : 12,500.00 | | | | | |
| | | Net Estate : $12,500.00 | | | | | |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ********66** | | 12,500.00 | 12,500.00 | 0.00 |
| | | $12,500.00 | $12,500.00 | $0.00 |

{} Asset reference(s)

Printed: 07/14/2014 04:16 PM    V.13.15